Dismissed and Opinion filed February 13, 2003









Dismissed and Opinion filed February 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00126-CV

____________

 

FREDERICK
BETTS, Appellant

 

V.

 

DAVID
PITMAN AND LONNA PITMAN, Appellees

 



 

On Appeal from the 151st District Court

Harris
County, Texas

Trial Court Cause No. 99-58973

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed December 18, 2002.

On February 10, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Opinion
filed February 13, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.